# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VENEZIA AMOS, LLC,

    Plaintiff,

v.                                Case No. 3:07cv146/MCR/EMT

F&F DEVELOPERS, LLC, and
BENARD FAVRET a/k/a
BERNARD FAVRET,

    Defendants.
    _____/

## O R D E R

    This matter is brought before the court on Plaintiff's Motion for Stay of Proceedings. (Doc. 80).  Plaintiff indicates the parties have entered into a settlement agreement which contemplates performance no later than January 10, 2009, and requests any further proceedings in this matter be stayed until January 30, 2009, or until dismissal is filed pursuant to the settlement agreement, whichever is earlier.  In review of the docket, the court notes Defendants' Motion to Dismiss (doc. 56) remains pending in this action and this case is currently scheduled for jury trial on the court's April 20, 2009, trial docket.  In consideration of the foregoing, the court will grant plaintiff's request for stay, remove this case from the April 20, 2009, trial docket, and dismiss defendants' motion to dismiss without prejudice.  Accordingly, it is

    ORDERED:

    1.    Plaintiff's Motion for Stay of Proceedings (doc. 80) is GRANTED.  All further proceedings in this matter are hereby STAYED until January 30, 2009, or until dismissal is filed pursuant to the settlement agreement, whichever is earlier.

    2.    This case shall be removed from the court's April 20, 2009, trial docket.

3. Defendants' Motion to Dismiss (doc. 56) is DENIED without prejudice to refiling in the event the settlement is not consummated.

**ORDERED** this 17th day of October, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**