IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Venezia Amos, LLC, a Georgia
limited liability company,

    Plaintiff,

v.                                   Case No:  3:07cv146/MCR/EMT

F&F Developers, LLC, a Louisiana
limited liability company, and
Benard Favret a/k/a Bernard Favret,
individually,

    Defendants.
_____/

## STIPULATED JUDGMENT

This cause came before the Court upon Plaintiff's Motion for Entry of Stipulated Judgment, and the Court having reviewed the Court file, the Settlement Agreement, and the Affidavit of the Plaintiff, and recognizing that Plaintiff, Venezia Amos, LLC, and Defendants, F&F Developers, LLC and Benard Favret, have stipulated to this judgment pursuant to the Settlement Agreement entered into on October 15, 2008 and filed with the Court,

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Venezia Amos, LLC, recover from the Defendants, F&F Developers, LLC and Benard Favret, the sum of Eleven Million Dollars ($11,000,000.00), plus statutory interest at the rate provided for by law from the date of this judgment forward.

**FOR ALL OF WHICH LET EXECUTION ISSUE.**

**DONE AND ORDERED** this 20th day of January, 2009.

                                       *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **UNITED STATES DISTRICT JUDGE**